**FILED**

**AUG 0 1 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case: 1:14-mj-00487 |
| v. : | Assigned To : Magistrate Judge Alan Kay |
| : | Assign. Date : 08/01/2014 |
| : | Description: Criminal Complaint and Arrest |
| DANIELA GREENE : | |
| aka DANI GREENE : | |
| : | |
| Defendant. : | |

## ORDER TO SEAL

Having considered the Government's Motion to Seal the Complaint and Related Documents ("Motion to Seal"), and for good cause stated therein, the Court makes the following:

### FINDINGS OF FACT

1. In consideration of the criteria set forth in *United States v. Hubbard*, 650 F.2d 293, 315 (D.C. Cir. 1981), and the representations made in the United States' motion, which this Court adopts as findings of fact, this Court finds that the sealing the Complaint, related documents, the Motion to Seal, and this Order to Seal is warranted. Considering the *Hubbard* factors, this Court finds that there is no demonstrable public need to access these documents at the present time, nor has the public had prior access to the relevant documents. Furthermore, there has been no objection raised as to the sealing of this matter. The party that has a privacy interests in these documents—the government—would be served by this Order to Seal. Disclosure of the relevant documents would compromise the secrecy of the investigation and cause prejudice to the ongoing investigation. Lastly, the documents have not been introduced as evidence in court for any purpose and disclosure of the documents at this time could undermine

its purpose.

2.      Sealing the Complaint, related documents, the Motion to Seal, and this Order to Seal in the above-captioned matter presents an extraordinary situation and will further legitimate prosecutorial interests. The public docketing at this time of the Complaint, related documents, the Motion to Seal, and this Order to Seal, could have an adverse effect on the government's ability to obtain foreign-based evidence, have an adverse effect on the safety of witnesses, and compromise the government's ability to obtain custody of the defendant and his co-conspirators. Accordingly, these facts present a legitimate basis for sealing the Complaint, related documents, the Motion to Seal, and this Order to Seal.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, the Complaint, the Motion to Seal, and this Order to Seal shall be sealed by the Clerk of the Court, except that the United States Government may disclose the existence and/or contents of the Complaint, related documents, and this Order to Seal to appropriate law enforcement, diplomatic, intelligence, military, INTERPOL or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of national security, efforts to obtain custody of or to detain the defendant, or discussions relating to the defendant's custodial status or detention.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Complaint, related documents, the Motion to Seal, and this Order to Seal until further order of this Court.

It is FURTHER ORDERED that the Complaint and this Order to Seal shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendant is first

presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Complaint, Arrest Warrant, and the instant Motion to Seal and Order, upon request.

Date: 8-01-2014

_____
ALAN KAY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:   Thomas A. Gillice
      Assistant United States Attorney
      555 4th Street, N.W.,
      Washington, D.C. 20530
      (202) 252-1791
      thomas.gillice@usdoj.gov