# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No.:  14-0230 (RC) |
| : | |
| DANIELA GREENE, : | |
| : | |
| Defendant.   : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **10 AM on March 19, 2015**, in Courtroom 14;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **February 3, 2015**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **February 17, 2015**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **March 3, 2015**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **March 6, 2015**, with all responses (if any) due by **March 13, 2015**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  December 15, 2014                                          RUDOLPH CONTRERAS
                                                                                         United States District Judge