## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 14-CR-230(RC) |
| v. : | |
| : | UNDER SEAL |
| **DANIELA GREENE** : | |
| : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR TEMPORARY RELEASE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for entry of an order directing that the defendant be released to the custody of FBI Special Agent Elizabeth Sillman by the United States Marshalls Service on Thursday, February 26, 2015, so that the defendant may participate in a polygraph examination. In support of this motion, the government states the following:

1. On December 12, 2014 the defendant entered a plea of guilty to one count of making false statements involving international terrorism, in violation of 18 U.S.C. §1001(a)(3). As part of her plea agreement, the defendant agreed to cooperate with the government, and to participate in polygraph examinations if requested.

2. Due to rules imposed by the U.S. Marshals regarding shackling of inmates, administering a polygraph examination in the courthouse is not possible. The government therefore requests that the Court order that the defendant be released into the custody of FBI Special Agent Elizabeth Sillman for several hours to allow for the examination to occur at the Washington Field Office of the FBI, after which Special Agent Sillman would return the defendant to Marshals' custody.

3. While in the custody of Special Agent Sillman, the defendant will be maintained in a secure manner and will be supervised by law enforcement agents at all times.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that this motion be granted and that the Court direct that the defendant be released by the United States Marshals Service to the custody of FBI Special Agent Elizabeth Sillman as set forth in the proposed order attached hereto. Defense counsel has indicated that he does not oppose this motion.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar # 447889

BY: _____
THOMAS A. GILLICE
Assistant United States Attorney
D.C. Bar # 452336
555 4th Street, NW
Washington, DC 20530
202-252-1791

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant motion has been provided via email to Shawn Moore, Esq., counsel for the defendant, on the  19th  day of February, 2015.

_____
Thomas A. Gillice
Assistant U.S. Attorney