## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 14-CR-230(RC)** |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **DANIELA GREENE** | : | |
| | : | |

### ORDER

Upon consideration of the Government's Unopposed Motion for Temporary Release Order, it is this 20th day of February, 2015,

**ORDERED**, that the Motion is **GRANTED**,

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall release Daniela Greene, PDID 684-360, into the custody of FBI Special Agent Elizabeth Sillman from the U.S. Marshals' cellblock at the U.S. District Courthouse in Washington, D.C. on Thursday, February 26, 2015 at or around 9:30 am. Special Agent Sillman is ordered to return defendant Daniela Greene to the custody of the United States Marshals no later than 3:00 p.m. on February 26, 2015.

_____
Rudolph Contreras, Judge
U.S. District Court for the
 District of Columbia

CC: Thomas A. Gillice
 555 4th Street, NW
 Washington, D.C. 20530
 Fax: 202-252-1791