### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | **Criminal No.: 14-230(RC)** |
| v. | : | |
| | : | |
| | : | **UNDER SEAL** |
| DANIELA GREENE, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO UNSEAL AND TO SUBSTITUTE REDACTED VERSIONS OF SOME DOCUMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal some documents previously filed under seal in this case. Unsealing is now appropriate with regard to these documents because the reasons supporting sealing no longer exist. In addition, in order to facilitate unsealing some of these documents, the government moves this Court to substitute three filings currently docketed under seal with redacted versions of those documents, proposed versions of which are attached hereto. In support of this motion, the government states as follows:

On Friday, August 1, 2014 the United States filed a complaint charging the defendant with making false statements which facilitated the overseas travel of the defendant, who is a contract employee of the FBI with a Top Secret security clearance. See Complaint, ECF Dkt. #1. At that time, the defendant was at large in Syria or Turkey in the company of the leader of a terrorist group. That same day, Magistrate Judge Alan Kay granted the Government's motion to seal, and ordered that the Complaint, the Affidavit in support thereof, the Motion to Seal and the Sealing Order be sealed. See Motion to Seal, ECF Dkt #2; Order, ECF Dkt. #3. Based on

representations in the Government's Motion to Seal, Magistrate Judge Kay also found that the public docketing at that time of these listed documents "could have an adverse effect on the government's ability to obtain foreign-based evidence, have an adverse effect on the safety of witnesses, and compromise the government's ability to obtain custody of the defendant    " and therefore ordered that the docket also remain under seal

On November 24, 2014, the United States filed an Information, charging the defendant with False Statements Involving International Terrorism, and related documents, in anticipation of the defendant's plea of guilty in this case   At that time, the defendant, though incarcerated, was assisting the government by providing information relevant to an ongoing investigation The government moved to seal the Information and related documents, and indicated that "publicity regarding the arrest of the defendant or the charges against her would contribute to a substantial likelihood of imminent danger to a party, witness or other person as well as a substantial likelihood that the ongoing investigation will be seriously jeopardized " See Motion to Seal Information and Related Documents, ECF Dkt # 16   The Court ordered the documents sealed on December 1, 2014   See Order granting Motion to Seal Information and Related Documents, ECF Dkt #17   The defendant pleaded guilty to the Information on December 12, 2014   Sentencing is now scheduled for April 22, 2015   To date, all filings and hearings in this case, as well as the Court's Electronic Case File docket sheet have been under seal

The defendant is now in custody and her cooperation is at an end   The continued sealing of the many of the relevant documents in this case is no longer necessary to facilitate bringing the defendant into custody or to protect the integrity of an ongoing investigation   Given these changes in circumstances, the continued sealing of most of the documents central to this

2

prosecution is neither necessary nor supported by case law   To this end, the Government moves

the Court to unseal the following documents associated with the case

- Complaint (ECF Dkt # 1)(without attachments)

- a lightly redacted version of the Affidavit in support of the Complaint, attached hereto as Attachment A, which the Government moves to substitute for the Affidavit docketed as an attachment to the Complaint at ECF Dkt # 1,

- Motion to Seal Complaint and Related Documents (ECF Dkt # 2),

- Order granting the government's Motion to Seal (ECF Dkt # 3),

- Arrest Warrant, (face sheet only) (ECF Dkt # 4),

- Waiver of Preliminary Hearing (ECF Dkt # 5),

- Notice of Attorney Appearance (ECF Dkt # 6),

- Motion for a Protective Order (ECF Dkt # 7),

- Protective Order (ECF Dkt # 8),

- Memorandum of Understanding (ECF Dkt # 9),

- Order to Continue (ECF Dkt # 10),

- Order to Continue (ECF Dkt # 11),

- Consent Motion to Continue and for Exclusion of Time Under the Speedy Trial Act (ECF Dkt # 12),

- Order granting Consent Motion to Continue and for Exclusion of Time Under the Speedy Trial Act (ECF Dkt # 14),

- Information (ECF Dkt # 15),

- Motion to Seal Information and Related Documents (ECF Dkt # 16),

- Order granting Motion to Seal Information and Related Documents (ECF Dkt # 17),

- Plea Agreement (ECF Dkt # 18),

3

- a lightly redacted version of the Proffer of Proof, attached hereto as Attachment B, which would replace the Proffer of Proof currently docketed as ECF Dkt # 19,
- Waiver of Indictment (ECF Dkt # 20),

- Waiver of Right to Trial by Jury (ECF Dkt # 21),

- Sentencing Scheduling Order (ECF Dkt # 22),

- Unopposed Motion to Continue Sentencing (ECF Dkt # 23),

- Order granting the Motion to Continue Sentencing (ECF Dkt # 24),

- Unopposed Motion for Temporary Release (ECF Dkt # 25),

- Order granting Motion for Temporary Release (ECF Dkt # 26),

- Unopposed Motion to Extend Time for Filing (ECF Dkt # 29),

- Order granting Motion to Extend Time (ECF Dkt # 30),

- Notice of Classified Filing (ECF Dkt # 31),

- A lightly redacted version of the Government's Motion for Departure and Memorandum in Aid of Sentencing which would replace the filing now docketed at ECF Dkt # 39,

- Unopposed Motion to Continue Sentencing (ECF Dkt # 42),

- Order granting Motion to Continue Sentencing (ECF Dkt # 43),

- the instant motion and any order granting this motion, and

- the Court's Electronic Case File docket sheet related to this case

Unsealing these documents will allow appropriate public access to and knowledge of the circumstances of this case, since these documents set forth the circumstances of the crime committed, the course of prosecution and the resolution of the case

The remainder of the relevant documents on the record discuss aspects of the case which should not be made available to the public  The Government's Classified Addendum to its

Memorandum in Aid of Sentencing (see Notice of Classified Filing, ECF Dkt # 31) and the

Defendant's Memorandum in Aid of Sentencing (see ECF Dkt # 32) each contain information

the Government believes to be classified   The Defendant's Memorandum in Aid of Sentencing

(see id ) and the Unclassified Addendum to the Government's Motion for Departure and

Memorandum in Aid of Sentencing (see ECF Dkt # 41) as well as tapes and transcripts of

hearings in the case contain discussions of the specifics of the defendant's cooperation which, if

revealed, are likely to raise safety concerns for the defendant and for others   The remaining

documents filed in the case are unredacted versions or original versions of documents discussed

in this paragraph which have since been replaced by substitution

    The proposed redactions contained in the three documents attached hereto are closely

tailored to address specific safety concerns or other concerns, which are made obvious by the

content of the redacted materials

    For these reasons, the government submits that the proposed redactions, the unredacted

versions of these documents, any original versions of documents which have since been replaced

by substitution, and the tapes and transcripts of the hearings to date[1] should remain under seal to

prevent prejudice to the defendant and forestall safety concerns which might otherwise arise

    An analysis of the factors enumerated by the D C  Circuit in <u>United States v  Hubbard</u>

(650 F 2d 293, 315 (D C  Cir  1981)) reveals no demonstrable public need to access these few

remaining materials at the present time   The public has had no prior access to the relevant

materials   There has been no objection raised as to the continued sealing of these portions of the

case   The parties that have a privacy interests in these documents—both the government and the

---

[1] The Government will request that argument or discussion regarding the specifics of the defendant's
cooperation at sentencing in this case be heard separately from other argument and that the transcript of
that argument or discussion be placed under seal

defendant—would be served by keeping these portions of the case under seal.  Disclosure of these materials is likely to compromise the safety of individuals and cause prejudice to the defendant.  No countervailing need for sealing is present.

WHEREFORE, for all the foregoing reasons, the United States respectfully requests that the Court issue an Order substituting the attached redacted versions of Affidavit in Support of the Arrest Warrant, the Proffer of Proof, and the Government's Motion for Departure and Memorandum in Aid of Sentencing for those currently in the record.  Further, the United States moves the Court to unseal the Court's Electronic Case File docket sheet in this case as well as the documents requested herein, as listed above on pages 3 and 4.  In addition, the United States requests that the Court allow the remainder of the documents filed in this case and the contents of the redacted portions of the documents discussed above, and the tapes and transcripts of the hearings held to date in this case remain under seal.  A proposed Order is submitted herewith.

Respectfully submitted,

VINCENT H. COHEN, Jr.
ACTING UNITED STATES ATTORNEY

By: _____

Thomas A. Gillice
D.C. Bar # 452336
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-1791
thomas.gillice@usdoj.gov

Dated: April 17, 2015

6

Certificate of Service

I hereby certify that, on the 17th day of April, 2015, a copy of the foregoing motion and all attachments was forwarded to Shawn Moore, counsel for the defendant, via email to shawn_moore@fd.org.

Thomas A. Gillice
Assistant U.S. Attorney

7