IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILE UNDER SEAL**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| V. | ) Cr. No. 14-230 (RC) |
| | ) |
| **DANIELA GREENE** | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

The Court has reviewed the presentence report, government and defense submissions, including letters on behalf of Ms. Greene. Ms. Greene has also been incarcerated since August of 2014.

Based upon the cooperation and the record in this case, both sealed and unsealed, Ms. Greene and counsel respectfully request a sentence of time served.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: /s/ Shawn Moore
Shawn Moore
Assistant Federal Public Defender
Attorney for Daniela Greene
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004

202/208-7500  
Fax/202/208-7515 or 501-3829

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served, by hand and electronic mail on the Office of the United States Attorney, Thomas Gillice, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530, this 6 day of May, 2015.

_____
Shawn Moore