AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniela Greene aka Dani Greene | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 11, 2014 to June 18, 2014   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | False statement |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/01/2014

_____
*Judge's signature*

City and state:   Washington, D.C.   United States Magistrate Judge Alan Kay
*Printed name and title*