| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:14CR00230-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 5:16-CR-181 (NAM) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Daniela Greene | DISTRICT  District of Columbia | DIVISION  U.S. Probation Office |
| | NAME OF SENTENCING JUDGE  Rudolph Contreras | |
| | DATES OF PROBATION SUPERVISED RELEASE | FROM 05/05/2016    TO 05/04/2019 |

OFFENSE

False Statements Involving International Terrorism, 18 USC §1001

**FILED**

**JUN 30 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/18/2016_
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-6-16_
Effective Date

_Norman A. Mordue_
United States District Judge